**Leverett Thompson and Thomas Carroll Neal, trustee, plaintiffs in error, v. Abel Davis, trustee, et al., defendants in error. Gen. No. 25,318.**

Error to the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded with directions following opinion in Calumet & Chicago Canal & Dock Co. v. Davis, Gen. No. 25,144, *ante*, p. 176. Opinion filed April 30, 1920.

Rosenthal, Hamill & Wormser, for plaintiffs in error. Jesse Lowenhaupt and Oscar M. Wolff, for defendants in error.

Mr. Justice Gridley delivered the opinion of the court.

---

**Sam Elie, appellee, v. Adams Express Company, appellant. Gen. No. 25,134.**

Action to recover for personal injuries caused by collision between motorcycle and motor truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed May 3, 1920.

Charles B. Elder, for appellant. Lynn & Hallam, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

**National Produce Company, appellant, v. Charles F. Murphey Company. appellee. Gen. No. 25,403.**

Action to recover for potatoes delivered in frozen condition. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Irwin R. Hazen, Judge, presiding. Heard in this court at the October term, 1919. Reversed and judgment here. Opinion filed May 3, 1920. Rehearing denied May 17, 1920.

Gilbert F. Wagner, for appellant. John T. Evans, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

**Joseph Wisniewski, appellee, v. Michigan Central Railroad Company and Thomas McGary, appellants. Gen. No. 25,526.**

Action to recover damages for assault and false imprisonment. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed May 3, 1920. Rehearing denied May 17, 1920.

Winston, Strawn & Shaw, for appellants; Charles J. McFadden and Taylor Strawn, of counsel. Thomas E. Swanson, for appellee.

Mr. Justice Dever delivered the opinion of the court.